CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 11 2009

JOHN F. CORCORAN, CLERK
BY: HMcDonald
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| VINCE GILMER,<br>    Plaintiff, | )  Civil Action No. 7:08-cv-00516<br>)<br>) |
| v. | )  **ORDER**<br>) |
| DR. ASHAN, et al.,<br>    Defendants. | )  By: Hon. Jackson L. Kiser<br>)  Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the plaintiff's motion for a temporary restraining order (docket #1) is **DENIED**; the action is **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This ____11th____ day of June, 2009.

                                      /s/ Jackson L. Kiser
                                      Senior United States District Judge